IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELEKTRA ENTERTAINMENT GROUP, INC., et al.,

    Plaintiff,                          CIV. S-06-1651- DFL GGH

    vs.

RANDY SMITH,

    Defendant.                      ORDER

_____/

        Plaintiff's motion for default judgment presently is calendared for hearing on March 22, 2007. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The March 22, 2007 hearing on the motion for default judgment, filed January 24, 2007, is vacated; and

        2. The motion is submitted on the record.

DATED: 3/20/07

                                                                               /s/ Gregory G. Hollows

                                                                               GREGORY G. HOLLOWS
                                                                               U. S. MAGISTRATE JUDGE

GGH:076:Elektra1651.vac.wpd